UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN PIANOFORTE, *pro se*,

                Plaintiff,

- against -

LITTLE RED SCHOOL HOUSE,

                Defendant.

**ORDER**
21 Civ. 5003 (ER)

Ramos, D.J.:

On June 4, 2021, Robin Pianoforte, proceeding *pro se*, brought this employment discrimination action against Little Red School House. In an opinion and order dated July 13, 2022, the Court dismissed all of Pianoforte's claims and granted her leave to file a second amended complaint by August 29, 2022. *See* Doc. 21. The Court's order specifically provided: "If Pianoforte does not file a second amended complaint by that date, the case will be closed." *Id.* at 16.

Pianoforte has neither filed an amended complaint nor requested an extension of time to do so. Accordingly, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:   October 5, 2022
           New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.